United States District Court
Southern District of Texas
**ENTERED**
October 23, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL D. VAN DEELEN, § § **Plaintiff,** § § VS. § **DAVID R. JONES,** § § **Defendant.** § | § § § § § CIVIL ACTION NO. 4:23-CV-03729 § § § § § |

## ORDER

The Court, having reviewing Plaintiff Michael D. Van Deelen's Complaint, is of the opinion that the Complaint shall remain under seal for purposes of judicial security.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on October 23, 2023.

_____
Keith P. Ellison
United States District Judge